# ALABAMA COURT OF CRIMINAL APPEALS



July 19, 2024

**CR-2022-1015**
Kenneth Morgan Styron v. State of Alabama (Appeal from Baldwin Circuit Court:
CC-16-380.60)

## NOTICE

You are hereby notified that on July 19, 2024, the following action was taken
in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk